United States District Court
For the Northern District of California

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   WILLIAM PARISI,                          No. C 14-0759 CW

5          Petitioner,                       PRE-FILING ORDER

6       v.

7   RONALD MAZZAFERRO; RONALD
    MAZZAFERRO as Trustee of the
8   Fiorani Living Trust; ROBERT F.
    VAN ZANDT; CAROL MARDEUSZ, aka
9   CAROL VAN ZANDT; PAUL DEN BESTE;
    STUART BAILEY; DANIELLE DUPERRET;
10  LOTCHK CORPORATION, a Nevada
    corporation; and GREAT SUNSET
11  VENUTRES, INC., a Wyoming
    corporation,
12
           Respondents.
13  _____/

14  EDITH MAZZAFERRI, Trustee of the
    Fiorani Living Trust (1/25/00),
15
           Plaintiff,
16
        v.
17
    RONALD MAZZAFERRO; RONALD
18  MAZZAFERRO as Trustee of the
    Fiorani Living Trust; ROBERT F.
19  VAN ZANDT; PAUL DEN BESTE; STUART
    BAILEY; DANIELLE DUPERRET; LOTCHK
20  CORPORATION; and GREAT SUNSET
    VENUTRES, INC.,
21
           Defendants.
22  _____/

23       Pursuant to the Court's order granting Petitioner William

24  Parisi's motion to remand, it is hereby ORDERED that the Clerk of

25  the Court shall not accept for filing any notice of removal from

26  Defendants Ronald Mazzaferro, Paul Den Beste or Robert Van Zandt

27  until that notice of removal has first been reviewed by the Court.

28  A pre-filing review will be conducted before Defendants are

**United States District Court**
For the Northern District of California

1  granted leave to file the notice of removal: if the notice of

2  removal seeks to remove Case No. PTR 05-286962 or CGC 10-500462

3  from San Francisco County Superior Court and fails to establish

4  legitimate grounds for removal, the notice of removal may not be

5  filed.

6      All notices of removal filed by Defendants shall be forwarded

7  to the undersigned judge, not the general duty judge, for pre-

8  filing review.

9  IT IS SO ORDERED.

10

11 Dated:  3/21/2014

12                                         CLAUDIA WILKEN
                                           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28